# ATTACHMENT B

Dear Sir,

I have been asked by Ms. Dominique to give you a character witness document on her behalf.

I meet Ms. Golden in 2008 when I arrived in Mississippi. She lived in the same apartment complex as I did. I was a man getting a divorce and had 3 small kids. She helped me with babysitting my kids. She was instrumental in our family's life journey. She was a very sweet young girl, kind to me and my kids. She was very helpful in my time of need. She had a job and watched my kids while I worked. I never had to worry about the safety or well-being of my kids while they were in her presence. I was appalled when I discovered she was in trouble from a bad marriage and a sense of greed. She, in my mind, is still a very respectful, intelligent, and wonderful person. I know from talking to her recently she is very remorseful and has many regrets. Thank you for allowing me to be able to share my thoughts with you.

Tedd Baldwin

132 Mike Avenue

Guntown, Ms. 38849

662-610-1954

To whom this may concern:

My name is Kristin Joiner and I have known Dominique Golden for about 15 years. She was always a positive light in my life. She always went to bat for me no matter what kind of situation we were in. We first met at my first job working at Taco Bell in New Albany MS. She just had an infectious bubbly spirit that instantly brought us close to one another. I truly hate that she is in the position that she is in, and I never would have imagined that this would happen to her. I pray that she will learn from this situation and make a complete 360 turn around once she is able to come home. I have no doubt that she will.

Best,

Kristin Joiner

To whom it may concern

    I Jasmin Sood have known Dominique Golden as a good friend for over 7 years. I was both troubled and surprised to hear about her recent case as she has always been a solid person. I understand the seriousness of this matter however I hope the court will show some leniency.

Dominique has always been an upright character in the community. In our friendship she was there for me, especially when I was going through depression. She made it a point to be there and show a significant amount of support during a point in my life when I felt the lowest. She uplifted my spirits and always gave me positive advice in which helped me to heal and feel better in the long run.

In addition to our friendship, she is usually an upstanding member in the neighborhood. While it is unfortunate that she has made some bad decisions, thus resulting in this case. I was surprised to hear about her case. It comes as no surprise that she is ready to accept responsibility for her actions. I believe that as we move forward, she will emerge a better person. I will stand by her side and make sure of that. Dominque expressed to me numerous times a deep sense of remorse in making such a serious mistake and I truly believe in her ability to pay her debt to society.

It is my sincere hope that court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Dominique Golden to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely
Jasmin Sood

Jasmin Sood