ATTACHMENT D

























