UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                       )<br>)<br>DOMINIQUE GOLDEN,                      )<br>Defendant.                                    )<br>) | C.A. No. 19-115-JJM-PAS |

## ORDER

Defendant Dominque Golden has filed a Motion to Correct Sentence. ECF No. 178. The Government objects. ECF No. 196.[1]

The Court stated during the sentencing, and reaffirms now, that the 78 months sentence the Court imposed is to run concurrent with the Georgia sentence. What credit Ms. Golden receives for her incarceration before this Court imposed sentence on January 25, 2023, is entirely within the purview of the Bureau of Prisons at this time. *Rogers v. United States*, 180 F.3d 349, 357-358 (1st Cir. 1999) (citing *United States v. Wilson*, 503 U.S. 329, 334 (1992)) ("it is well-established that a request for credit for prior custody under 18 U.S.C. § 3585(b)(2) must be made, in the first instance, to the Attorney General through the Bureau of Prisons upon imprisonment after sentencing.")

---

[1] The Court need not determine whether this Court retains jurisdiction considering the filing of an appeal. Instead, this Court makes the following indicative ruling.

There is therefore no need for the Court to clarify or correct its sentence, and so the Court DENIES the Defendant's Motion to Correct Sentence. ECF No. 178.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

April 10, 2023