# United States Court of Appeals
## For the First Circuit

_____

No. 23-1226

UNITED STATES,

Appellee,

v.

DOMINIQUE GOLDEN, a/k/a Raquel Golden, a/k/a Emily Greco, a/k/a Mellisa Moore, a/k/a Raquel Roberts,

Defendant - Appellant.

_____

**JUDGMENT**

Entered: October 23, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk




cc:
John P. McAdams
Denise Marie Barton
Sandra Rae Hebert
Lauren S. Zurier
William Thomas Murphy
Dominique Golden